STEPHEN T. KAM (Cal. Bar No. 327576)
Email: kams@sec.gov
SARAH S. NILSON (Cal. Bar No. 254574)
Email: nilsons@sec.gov
WENDY E. PEARSON (Cal. Bar No. 211099)
Email: pearsonw@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine Zoladz, Regional Director
Brent Wilner, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RYAN CHOI,<br><br>　　　　Defendant, | Case No. 2:24-cv-09082-SVW-MAR<br><br>**RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION (DKT. NO. 11)** |

　　　　Plaintiff Securities and Exchange Commission ("SEC") files this Response to the Order to Show Cause issued on January 21, 2025. (Dkt. No. 11).

　　　　This is a settled action where the defendant, Ryan Choi ("Choi"), has signed a consent in which he agreed to the entry of a final judgment imposing a permanent injunction from violations of Section 17(a)(3) of the Securities Act of 1933 and ordering that the defendant pay disgorgement in the amount of $1,647,217, prejudgment interest in the amount of $64,818, and a civil penalty in the amount of

1

1  $115,231. As part of the consent, the defendant also waived service of the final
2  judgment and consented to this Court's jurisdiction.
3       Both the defendant's signed consent and a proposed final judgment were filed
4  along with the complaint on October 22, 2024. (Dkt. Nos. 4 and 4-1). As part of the
5  settlement, the defendant reviewed and consented to the proposed final judgment
6  before it was filed with the Court.
7       In light of the parties agreeing on a proposed settlement that would resolve the
8  case entirely and the defendant consenting to a final judgment reflecting the terms of
9  that proposed settlement, the SEC requests that the Court enter the proposed final
10 judgment that was filed with the Court on October 22, 2024.

Dated: January 23, 2025

*/s/ Stephen T. Kam*
STEPHEN T. KAM
Attorney for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 23, 2025, I caused to be served the document entitled **RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION (DKT. NO. 11)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 23, 2025           */s/ Stephen T. Kam*
                                 Stephen T. Kam

**SEC v. Ryan Choi**
**United States District Court—Central District of California**
**Case No. 2:24-cv-09082-SVW-MAR**

**SERVICE LIST**

Patrick F. Stokes
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

John W. Berry
Munger, Tolles, & Olson LLP
350 South Grand Ave, 50th Floor
Los Angeles, CA 90071
**Attorneys for Defendant**